IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

BARRY THOMAS DAVIS,
Plaintiff,

v.  Civil No. 3:20cv920 (DJN)

HENRICO COUNTY POLICE DEPT., *et al.*,
Defendants.

**MEMORANDUM OPINION**

Plaintiff, a Virginia inmate proceeding *pro se* and *in forma pauperis*, filed this 42 U.S.C. § 1983 action. (ECF No. 1.) To state a viable claim under 42 U.S.C. § 1983, a plaintiff must allege that a person acting under color of state law deprived him or her of a constitutional right or of a right conferred by a law of the United States. *See Dowe v. Total Action Against Poverty in Roanoke Valley*, 145 F.3d 653, 658 (4th Cir. 1998) (citing 42 U.S.C. § 1983). Plaintiff's current allegations do not identify the particular constitutional right that was violated by each defendant's conduct and fail to provide each defendant with fair notice of the facts and legal basis upon which his or her liability rests. Accordingly, by Memorandum Order entered on October 4, 2021, the Court directed Plaintiff to submit a particularized complaint within fourteen (14) days of the date of entry thereof. (ECF No. 11.) The Court warned Plaintiff that the failure to submit the particularized complaint would result in the dismissal of the action.

More than fourteen (14) days have elapsed since the entry of the October 4, 2021 Memorandum Order. Plaintiff failed to submit a particularized complaint or otherwise respond

to the October 4, 2021 Memorandum Order. Accordingly, pursuant to Federal Rule of Civil Procedure 41(b), the action will be DISMISSED WITHOUT PREJUDICE.

Let the Clerk file a copy of the Memorandum Opinion electronically and send a copy to Plaintiff.

An appropriate Order shall issue.

/s/
David J. Novak
United States District Judge

Richmond, Virginia
Dated: November 8, 2021